Wyn Dee Baker, United States Attorney, Tulsa, OK, Katauna J. King, Office of the General Counsel, Social Security Administration, Dallas, TX, for Defendant–Appellee.

Before LUCERO, EBEL, and MURPHY, Circuit Judges.

## ORDER AND JUDGMENT*

DAVID M. EBEL, Circuit Judge.

Michael D. Gillispie appeals the district court's denial of an award of attorney fees under 42 U.S.C. § 406(b)(1). In *McGraw v. Barnhart*, 450 F.3d 493 (10th Cir.2006), this court held that § 406(b)(1) allows an award of fees when the district court has remanded a Title II Social Security case for further proceedings. Thus, the judgment of the district court is REVERSED and REMANDED for further proceedings in light of *McGraw*. Appellant's motion to file an addendum of recent citations is GRANTED and the Clerk is directed to accept the addendum for filing as of the date of original receipt.

Tony D. McKNIGHT, Plaintiff–Appellant,

v.

Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant–Appellee.

No. 05–5082.

United States Court of Appeals, Tenth Circuit.

June 15, 2006.

Richmond J. Brownson, Timothy Morris White, Tulsa, OK, for Plaintiff–Appellant.

David E. O'Meilia, U.S. Attorney, Office of the United States Attorney, Wyn Dee Baker, Peter Bernhardt, Asst. U.S. Attorney, United States Attorney's Office, Tulsa, OK, Tina M. Waddell, Linda H. Green, Office of the General Counsel, Social Security Administration, Dallas, TX, for Defendant–Appellee.

Before LUCERO, EBEL, and MURPHY, Circuit Judges.

## ORDER AND JUDGMENT*

DAVID M. EBEL, Circuit Judge.

Tony D. McKnight appeals the district court's denial of an award of attorney fees

---

* After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

* After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

under 42 U.S.C. § 406(b)(1). In *McGraw v. Barnhart*, 450 F.3d 493 (10th Cir.2006), this court held that § 406(b)(1) allows an award of fees when the district court has remanded a Title II Social Security case for further proceedings. Thus, the judgment of the district court is REVERSED and REMANDED for further proceedings in light of *McGraw*. Appellant's motion to file an addendum of recent citations is GRANTED and the Clerk is directed to accept the addendum for filing as of the date of original receipt.

**Jeanette WOOD, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security Administration, Defendant–Appellee.**

No. 05–5083.

United States Court of Appeals, Tenth Circuit.

June 15, 2006.

Richmond J. Brownson, Timothy Morris White, Tulsa, OK, for Plaintiff–Appellant.

David E. O'Meilia, U.S. Attorney, Office of the United States Attorney, Wyn Dee Baker, United States Attorney, Tulsa, OK, Amy Jeanine Mitchell, Tina M. Waddell, Office of the General Counsel, Social Security Administration, Joanna Tate, Dallas, TX, for Defendant–Appellee.

Before LUCERO, EBEL, and MURPHY, Circuit Judges.

**ORDER AND JUDGMENT***

DAVID M. EBEL, Circuit Judge.

Jeanette Wood appeals the district court's denial of an award of attorney fees under 42 U.S.C. § 406(b)(1). In *McGraw v. Barnhart*, 450 F.3d 493 (10th Cir.2006), this court held that § 406(b)(1) allows an award of fees when the district court has remanded a Title II Social Security case for further proceedings. Thus, the judgment of the district court is REVERSED and REMANDED for further proceedings in light of *McGraw*. Appellant's motion to file an addendum of recent citations is GRANTED and the Clerk is directed to accept the addendum for filing as of the date of original receipt.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Lamont JOHNSON, Defendant–Appellant.**

No. 05–5147.

United States Court of Appeals, Tenth Circuit.

June 15, 2006.

---

* After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.